**Alonzo Lemonte CONYERS, Sr., Plaintiff—Appellant,**

**v.**

**DEPARTMENT OF the ARMY; United States of America, Defendants— Appellees.**

No. 07–1240.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 26, 2007.

Decided: Oct. 10, 2007.

Alonzo Lemonte Conyers, Sr., Appellant Pro Se. Allen F. Loucks, Assistant United States Attorney, Alex Samuel Gordon, Office of the United States Attorney, Baltimore, Maryland, for Appellees.

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alonzo Lemonte Conyers, Sr., appeals the district court's order dismissing as a matter of law his Federal Tort Claims Act action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Conyers v. Dep't of the Army*, No. 1:06–cv–00231–JFM, 2007 WL 141962 (D.Md. Jan. 12, 2007). We deny Conyers's motion for appointment of counsel, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*